318 So.2d 341

**In re Walter T. LUCKIE, alias**

**v.**

**STATE.**

**Ex parte Walter T. Luckie.**

**SC 1407.**

Supreme Court of Alabama.

Sept. 4, 1975.

Anne M. Weiss, Montgomery, for petitioner.

No appearance for the State.

BLOODWORTH, Justice.

Petition of Walter T. Luckie for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Luckie, alias v. State, 55 Ala.App. 642, 318 So.2d 337.

Writ denied.

HEFLIN, C. J., and FAULKNER, ALMON and EMBRY, JJ., concur.

314 So.2d 123

**In re Huey E. MACKEY**

**v.**

**STATE.**

**Ex parte Huey E. Mackey.**

**SC 1272.**

Supreme Court of Alabama.

June 5, 1975.

Richard D. Lane, Auburn, for petitioner.

MADDOX, Justice.

Petition of Huey E. Mackey for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Mackey, alias v. State, 55 Ala.App. 197, 314 So.2d 116.

Writ denied.

HEFLIN, C. J., and MERRILL, JONES and SHORES, JJ., concur.

318 So.2d 337

**In re James MADISON**

**v.**

**STATE.**

**Ex parte STATE of Alabama ex rel. ATTORNEY GENERAL.**

**SC 1337.**

Supreme Court of Alabama.

Aug. 21, 1975.

William J. Baxley, Atty. Gen., and Joseph G. L. Marston, III, Asst. Atty. Gen., for petitioner, the State.

None for respondent.

FAULKNER, Justice.

Petition of the State by its Attorney General for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in *Madison v. State*, 55 Ala.App. 634, 318 So. 2d 329.

Writ denied.

HEFLIN, C. J., and BLOODWORTH, ALMON and EMBRY, JJ., concur.